UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RAE LEE RODRIGUEZ                                                    PLAINTIFF

v.                          No. 3:18-CV-00163-JTR

NANCY A. BERRYHILL,
**Acting Commissioner,**
**Social Security Administration**                                   DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is REVERSED AND REMANDED. Judgment is entered in favor of the Plaintiff.

DATED this 4th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE