UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RAE LEE RODRIGUEZ                                                    PLAINTIFF

V.                         NO. 3:18-CV-00163-JTR

ANDREW SAUL,[1]
Commissioner of Social Security                                     DEFENDANT

# ORDER

Pending before the Court is Plaintiff's Motion requesting an award of attorney's fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.[2]  *Doc. 20*.  The Commissioner has filed a Response. *Doc. 21*.

Plaintiff's attorney, Nicholas Coleman, requests a total payment of $7,609.44 consisting of: (1) 37.90 hours of attorney work at an hourly rate of $200.00 ($7,580.00); (2) expenses of $29.44.  The Commissioner does not object to the requested amount.

Under these circumstances, the Court concludes that Plaintiff is entitled to an award of attorney's fees and expenses under the EAJA, and that the amount requested is reasonable.

---

[1] On June 6, 2019, the Senate confirmed Mr. Saul's nomination to lead the Social Security Administration.  Pursuant to Fed. R. Civ. P. 25(d), Mr. Saul is automatically substituted as the Defendant.

[2] On June 4, 2019, the Court entered an Order reversing the Commissioner's denial of benefits and remanding the case for further consideration. *Doc. 18*.

1

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees Pursuant to the EAJA, *Doc. 20,* is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is awarded **$7,609.44** in attorney's fees and expenses under the EAJA.[3]

DATED this 19th day of June, 2019.

                                                            /s/ J. Thomas Ray
                                                   UNITED STATES MAGISTRATE JUDGE

---

[3] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the care of Plaintiff's attorney at the attorney's office.